UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELLONAMAYE SMITH, | No. 2:15-cv-1856-EFB P |
| Plaintiff, | |
| v. | ORDER |
| BOWMAN, et al., | |
| Defendants. | |

     Plaintiff is a county inmate proceeding without counsel and in forma pauperis in an action brought under 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

     Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff must pay the $350 filing fee required by 28 U.S.C. § 1914(a). Plaintiff is assessed an initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to plaintiff's trust account; or (b) the average monthly balance in plaintiff's account for the six-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(b)(1). Thereafter, plaintiff must make monthly payments of 20 percent of the preceding month's income credited to his trust account. 28 U.S.C. § 1915(b)(2).

/////

/////

/////

1

1  The agency having custody of plaintiff is required to forward to the Clerk of the Court the
2  initial partial filing fee, if funds exist, as well as payments from plaintiff's account each time the
3  amount in the account exceeds $10, until the filing fee is paid. *Id.*

4  The Clerk of the Court shall (1) serve a copy of this order and a copy of plaintiff's in
5  forma pauperis application upon the Sheriff of Sacramento County, Attention: Inmate Trust
6  Account, 651 I Street, Sacramento, California 95814, and (2) deliver a copy of this order to the
7  Clerk's financial division.

8  So ordered.

9  Dated:  March 14, 2017.                              _____
                                                        EDMUND F. BRENNAN
10                                                      UNITED STATES MAGISTRATE JUDGE